FILED: November 19, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2207
(3:14-cv-00139-JRS)
_____

HERBERT E. LIVERMAN; VANCE R. RICHARDS

      Plaintiffs - Appellants

v.

CITY OF PETERSBURG; JOHN I. DIXON, III, both individually and in his capacity as the Chief of Police for the City of Petersburg Bureau of Police

      Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the second motion for an extension of time in which to file the opening brief and joint appendix, filed on November 19, 2015, the court grants the motion and accepts the opening brief and joint appendix for filing. The initial motion for an extension of time in which to file the opening brief and joint appendix, filed on November 5, 2015, is denied as moot.

Upon consideration of the motion to file a corrected opening brief, the court grants the motion and accepts the corrected opening brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk